UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RAJAPOOPATHY THARMABALAN et al.,          :

        Plaintiffs,          :          ORDER

  -v.-                                                                  :
                                                               23 Civ. 3539 (GWG)
ANTONY J. BLINKEN et al.,                              :

        Defendants.          :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The conference scheduled for August 31, 2023, is cancelled. The parties shall confer as to the appropriate next steps in this case (including whether discovery is required or whether the case should proceed to briefing and if so on what schedule) and file a jointly-composed letter as to their proposal or proposals on or before September 13, 2023.

      SO ORDERED.

Dated: August 30, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge