**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
RAJAPOOPATHY THARMABALAN et al.,

                    Plaintiffs,

   -against-                                           23 **CIVIL** 3539 (GWG)

                                                                **JUDGMENT**

ANTONY J. BLINKEN et al.,

                    Defendants.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 29, 2024, the Government's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (Docket # 27) is granted.

**Dated:** New York, New York

     April 29, 2024

                                                                        **RUBY J. KRAJICK**

                                                                         Clerk of Court

                                          **BY:**

                                                                         **Deputy Clerk**